UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

METRO FOUNDATION CONTRACTORS, INC.,

                          Plaintiff,              09 Civ. 6796 (JGK)

          - against -                             ORDER

ARCH INS. CO.,

                          Defendant.
_____

JOHN G. KOELTL, District Judge:

     As discussed on the record during today's telephone

conference, the request of the third-party defendants for

permission to file a motion seeking increased sanctions and an

order of contempt against the plaintiff is **granted.**  The

plaintiff's request for leave to file a motion to dismiss the

third-party defendants' claims for lack of subject matter

jurisdiction is **granted.**

     SO ORDERED.

Dated:    New York, New York
          February 16, 2011
                                        _____
                                                John G. Koeltl
                                        United States District Judge

USPS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/17/11