```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------- X
METRO FOUNDATION CONTRACTORS, INC.,

                    Plaintiff,                09 Civ. 6796 (KBF)

         -v-                                  ORDER

ARCH INSURANCE COMPANY,

                    Defendant,

------------------------------------------- X
ARCH INSURANCE COMPANY,

                    Third-Party Plaintiff,

         -v-

MARCO MARTELLI & ASSOCIATES, INC.,
MARTELLI REAL ESTATES, INC., MARCO
MARTELLI, MADELINE MARTELLI, RONALD
KUHLMANN and PATRICK QUIGLEY,

                    Third-Party Defendants.
------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/22/12

KATHERINE B. FORREST, District Judge:

For the reasons stated on the record at the telephonic conference, held on June 4, 2012, Metro's motions for reconsideration and judgment on the pleadings are DENIED.

The Clerk of the Court is directed to terminate the motions at Docket Nos. 103 and 106.

SO ORDERED.

Dated:     New York, New York
           August 22, 2012

*Katherine B. Forrest*
_____
KATHERINE B. FORREST
United States District Judge